IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAURA LOVE, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:18-cv-00597-GAF |
| | ) |
| vs. | ) |
| | ) |
| MILLER STARK KLEIN | ) |
| & ASSOCIATES, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS**

COMES NOW Patrick A. Watts of the Watts Law Group, LLC ("Defense Counsel"), pursuant to Rule 74(a) of the Federal Rules of Civil Procedure and W.D. MO L.R. 83.2, moving this Court for leave to withdraw as attorney for Defendant Miller Stark Klein & Associates ("Defendant"). In support thereof, Defense Counsel assert as follows:

1. On August 6, 2018, Plaintiff Laura Love brought suit against Defendant alleging violations of the Fair Debt Collection Practices Act ("FDCPA"),

2. On November 8, 2018, Defense Counsel entered his appearance on this matter and filed Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint.

3. This matter is set for Pretrial Conference on March 26, 2020, and set for Jury Trial on April 27, 2020.

**RELIEF REQUESTED**

4. Defense Counsel respectfully request that this Honorable Court enter an Order Granting Patrick A. Watts leave to withdraw as attorneys of record for Defendant.

## BRIEF IN SUPPORT

5. Good cause exists for withdrawal of Defense Counsel in that Defendant has requested that Defense Counsel withdraw from the case.

6. Said request was confirmed by electronic mail and a copy of said transmission is attached hereto as "Exhibit A."

7. Upon information and belief of Defense Counsel, no attorney is to be substituted at this time. Defendant's most recent address and contact information is:

   Darryl Miller
   Miller Stark Klein & Associates
   1811 Sardis Road North, Suite 218
   Charlotte, North Carolina 28270
   (980) 825-8825
   Dmiller00199@gmail.com

8. This motion to withdraw is unopposed by counsel for Plaintiff, Laura Love.

WHEREFORE, Defendant's attorney respectfully request that this Honorable Court enter an Order granting Patrick A. Watts of Watts Law Group leave to withdraw as attorneys of record for Defendant; and grant such other relief as this Court deems just and proper.

Dated: February 21, 2019

                                              Respectfully submitted,

                                              /s/ PATRICK A. WATTS
                                              Patrick A. Watts
                                              State Bar No. 61701
                                              Watts Law Group LLC
                                              212 South Bemiston Ave, Suite 200
                                              St. Louis, Missouri 63105
                                              pwatts@swattslaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 21, 2019, the foregoing was filed electronically with the Clerk of the Court and served by operation of the Court's electronic filing system to the following counsel of record:

Anthony Hernandez #69129
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Telephone: 816-2820422
Facsimile: 855-523-6884
anthonyh@creditlawcenter.com
*Attorney for Plaintiff*

                                                     */s/ Patrick Watts*